STEPHEN G. VAN HOESEN et al., respondent,

*v.*

SAMUEL GELFEN et al., appellant.

[Decided February 1st, 1932.]

*Mr. Harold Bouton,* for the respondent.

*Messrs. Kraemer, Siegler & Siegler,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Buchanan, and reported in *103 N. J. Eq. 234.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 15.

*For reversal*—None.